**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ARIEL ELOY PACO,             No. CIV S-09-1906-CMK-P

    Petitioner,

  vs.                                ORDER

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____/

      Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, requesting an emergency stay of a final order of removal. It appears that Petitioner is an immigration detainee challenging an order for deportation and/or removal.

      Pursuant to 8 U.S.C. § 1252(a)(5), challenges to orders of removal must be filed in the appropriate court of appeals. The proper venue for such a challenge is "with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings." 8 U.S.C. § 1252(b)(2). Here, Petitioner appears to be challenging a removal order issued out of San Francisco. Accordingly, the appropriate court to hear this petition would be the Ninth Circuit Court of Appeals.

1  This court does not have jurisdiction to hear Petitioner's challenge.  Petitioner
2  should have filed this action in the Ninth Circuit Court of Appeals.  In the interests of justice, a
3  federal court may transfer an action or appeal filed in the wrong court to the court in which the
4  action or appeal should have been brought.  See 28 U.S.C. § 1631.
5  Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
6  Ninth Circuit Court of Appeals.

 DATED: July 27, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE